IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAULINO NAHUM RODRIGUEZ OSORIO** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-392 |
| | : | |
| **J.L. JAMISON, MICHAEL T. ROSE, TODD M. LYONS, KRISTI NOEM, PAMELA BONDI** | : | |

## ORDER

**AND NOW**, this 2nd day of February 2026, upon considering the petition (DI 1), it is

**ORDERED** the government shall respond to the petition (DI 1) no later than **February 5, 2026**.

_____
**MURPHY, J.**